No. 96–273.  POCCHIA *v.* NYNEX CORP. ET AL.  C. A. 2d Cir. Certiorari denied.

No. 96–275.  KENNEDY *v.* GOLDIN, ADMINISTRATOR, NATIONAL AERONAUTICS AND SPACE ADMINISTRATION.  C. A. 11th Cir. Certiorari denied.

No. 96–276.  RIZZI *v.* UNDERWATER CONSTRUCTION CORP. C. A. 6th Cir.  Certiorari denied.

No. 96–278.  WHITWORTH *v.* MISSISSIPPI.  Sup. Ct. Miss. Certiorari denied.

No. 96–290.  OKLAHOMA PUBLISHING CO. ET AL. *v.* BURKS. C. A. 10th Cir.  Certiorari denied.

No. 96–295.  SOUTH DIVISION CREDIT UNION *v.* McFARLAND. C. A. 7th Cir.  Certiorari denied.

No. 96–297.  PARKSON CORP. *v.* ACS CONSTRUCTION COMPANY, INC., OF MISSISSIPPI.  C. A. 11th Cir.  Certiorari denied.

No. 96–302.  EDGEWATER SUN SPOT, INC., ET AL. *v.* PENNINGTON & HABEN, P. A.  C. A. 11th Cir.  Certiorari denied.

No. 96–303.  HUMAN SERVICES PLAZA PARTNERSHIP *v.* HUNTINGTON NATIONAL BANK ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 96–305.  DALEY, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF HIPPEARD *v.* FERGUSON ET AL. C. A. 4th Cir.  Certiorari denied.

No. 96–311.  GRAY *v.* UNITED STATES; and
No. 96–329.  OLANO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Reported below: 62 F. 3d 1180.

No. 96–314.  SCHAPIRO *v.* SCHAPIRO (two judgments).  Super. Ct. Pa.  Certiorari denied.

No. 96–332.  DRUMMOND ET AL. *v.* WEST, SECRETARY OF THE ARMY.  C. A. 5th Cir.  Certiorari denied.